DISTRICT OF OREGON
**F I L E D**
**November 05, 2024**
**Clerk, U.S. Bankruptcy Court**

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: N/A. THE COURT FINDS that there is no just reason for delay in entry of this judgment.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Kimberly Roles-Heintz,<br><br>Debtor. | Case No. 22-61663-tmr13 |
| **KIMBERLY ROLES-HEINTZ**<br><br>**Plaintiff**,<br>v.<br><br>**RUSHMORE LOAN MANAGEMENT SERVICES, LLC, a DELAWARE LIMITED LIABILITY COMPANY, U.S. BANK NATIONAL ASSOCIATION, not in its Individual Capacity, but Solely as TRUSTEE for RMAC TRUST SERIES 2016-CTT, and CAPITAL ONE FINANCIAL CORPORATION, a Delaware Corporation.**,<br><br>**Defendant**. | Adversary Case No. 23-06018-tmr<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

On stipulation of the parties, as evidenced by their signatures below, the Court does

hereby DISMISS this adversary case with prejudice as to ONLY Defendants Rushmore Loan

Management Services LLC and US Bank National Association, not in its Individual Capacity, but Solely as Trustee for RMAC Trust Series 2016-VTT

### 

It is so Stipulated:

*/s/ Michael D. O'Brien*                10-24-2024
Michael D. O'Brien, #951056        Date
Of Counsel for Plaintiff


*/s/ Jesse A.P. Baker*                    10-31-2024
Jesse A.P. Baker, #100017          Date
Of Counsel for Defendants Rushmore and US Bank